The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHLEY HALL, both individually and on behalf of all others similarly situated,

Plaintiff,

v.

RAPID INVESTMENTS, LLC, d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a RELEASE PAY; and AXIOM BANK N.A.,

Defendants.

NO. 3:25-cv-05039-BHS

**ORDER GRANTING UNOPPOSED MOTION FOR SETTLEMENT CLASS CERTIFICATION**

**Note on Motion Calendar:**
**July 1, 2026**

THIS MATTER came before the Court on the Unopposed Motion for Settlement Class Certification. The Court has reviewed and considered the Motion, the Declaration of Richard E. Spoonemore, the Settlement Agreement, and the pleadings and records in this case. Pursuant to Federal Rule of Civil Procedure 23(e)(2)(B), the Court finds that it "will likely be able to … certify the class for purposes of judgment" on the Parties' Settlement, and GRANTS the Motion. The Court appoints the Class Representative and Class Counsel as set forth below.

ORDER GRANTING UNOPPOSED MOTION FOR
SETTLEMENT CLASS CERTIFICATION – 1
[No. 3:25-cv-05039-BHS]

## A.      The Proposed Classes Satisfy Rule 23(a).

With respect to Rule 23(a)(1), the Court finds that the proposed settlement classes are so numerous that joinder of all members is impracticable; Defendants issued more than 1.4 million release cards during the class period, with the Washington Subclass totaling 18,599 of that number.

The commonality requirement of Rule 23(a)(2) is satisfied. There are questions of law and fact common to the Class arising from Defendants' uniform release-card program, including whether Defendants' issuance of unsolicited access devices and imposition of service and inactivity fees violated the Electronic Fund Transfer Act and Washington law. The answer to these common questions would result in class-wide adjudication.

For the same reasons, the claims of the Plaintiff are typical of those of the Class under Rule 23(a)(3); the Plaintiff's injury arises from the same uniform course of conduct and is based on the same legal theories as the claims of the Class.

The Court finds that Plaintiff Ashley Hall is an adequate class representative whose interests are aligned with, and not antagonistic to, those of the Class, and who has retained counsel experienced in class actions of this nature. Plaintiff and her counsel satisfy the adequacy requirement of Rule 23(a)(4) and Rule 23(g).

## B.      Certification Is Proper Under Rule 23(b)(3).

The Court finds that the requirements of Rule 23(b)(3) are satisfied. Common questions predominate, because the central questions concerning the legality of Defendants' uniform release-card program impact all Class Members and predominate over any individualized issues, and the fees charged to each member are readily ascertainable from Defendants' records. A class action is also superior to other available methods of adjudication, because the individual claims are small, the Class Members are numerous and dispersed, and—because certification is for settlement purposes only—

ORDER GRANTING UNOPPOSED MOTION FOR
SETTLEMENT CLASS CERTIFICATION – 2
[No. 3:25-cv-05039-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

there are no trial-management difficulties to consider. *See Amchem Prods., Inc. v. Windsor*, 521 U.S. 591, 620, 623 (1997).

**C.    Class Definitions.**

NOW, THEREFORE, IT IS HEREBY ORDERED that the following Nationwide Class is certified for settlement purposes:

> All persons in the United States who were: (1) taken into custody at a jail, correctional facility, detention center, or any other law enforcement facility; (2) entitled to the return of money either confiscated from them or remaining in their inmate accounts when they were released from the facility; and (3) issued a prepaid debit card by Rapid Financial Solutions, LLC and/or Axiom Bank between January 16, 2024 and June 30, 2026, inclusive.

IT IS FURTHER ORDERED that the following Washington Subclass is certified for settlement purposes:

> All persons who were: (1) taken into custody at a jail, correctional facility, detention center, or any other law enforcement facility located in the State of Washington; (2) entitled to the return of money either confiscated from them or remaining in their inmate accounts when they were released from the facility; and (3) issued a prepaid debit card by Rapid Financial Solutions, LLC and/or Axiom Bank between January 16, 2024 and June 30, 2026, inclusive.

The Nationwide Class and the Washington Subclass will be dissolved in the event the Settlement Agreement is not finally approved by this Court.

**D.    Appointment of Class Representative and Class Counsel.**

The Court APPOINTS Plaintiff Ashley Hall as Class Representative and Sirianni Youtz Spoonemore Hamburger PLLC as Class Counsel under Rule 23(g).

ORDER GRANTING UNOPPOSED MOTION FOR
SETTLEMENT CLASS CERTIFICATION – 3
[No. 3:25-cv-05039-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

It is so ORDERED this 2nd day of July, 2026.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 */s/ Richard E. Spoonemore*
Richard E. Spoonemore, WSBA #21833
Eleanor Hamburger, WSBA #26478
3101 Western Avenue, Suite 350
Seattle, WA  98121
Telephone:  (206) 223-0303
rspoonemore@sylaw.com
ehamburger@sylaw.com

*Attorneys for Plaintiff and the Class*

ORDER GRANTING UNOPPOSED MOTION FOR
SETTLEMENT CLASS CERTIFICATION – 4
[No. 3:25-cv-05039-BHS]