The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ASHLEY HALL, both individually and on behalf of all others similarly situated,

Plaintiff,

v.

RAPID INVESTMENTS, LLC, d/b/a RAPID FINANCIAL SOLUTIONS, d/b/a RELEASE PAY; and AXIOM BANK N.A.,

Defendants.

NO. 3:25-cv-05039-BHS

**ORDER:**
**(1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT;**
**(2) APPROVING CLASS NOTICE;**
**(3) APPOINTING SETTLEMENT ADMINISTRATOR; AND**
**(4) ESTABLISHING A FINAL APPROVAL HEARING AND PROCESS**

Note on Motion Calendar:
July 1, 2026

THIS MATTER came before the Court on the Unopposed Motion for Preliminary Approval of Settlement Agreement ("Motion"), filed pursuant to Federal Rule of Civil Procedure 23(e), seeking preliminary approval of a settlement of the claims of the Nationwide Class and the Washington Subclass (collectively, the "Class") against Defendants Rapid Investments, LLC and Axiom Bank, N.A. ("Defendants"), in accordance with the Parties' Settlement Agreement (the "Agreement"). The Court, having read and considered the Agreement, the Motion, the Declaration of Richard E. Spoonemore, and the records and pleadings on file, ORDERS as follows:

ORDER: (1) PRELIMINARILY APPROVING SETTLEMENT
AGREEMENT, (2) APPROVING CLASS NOTICE, ETC. – 1
[No. 3:25-cv-05039-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

1. Based on the record before it, the Court tentatively finds, pursuant to Federal Rule of Civil Procedure 23(e), that the Agreement is fair, reasonable, and adequate. The Court finds that: (a) the Agreement resulted from extensive, arm's-length negotiations conducted after the assistance of an experienced mediator; (b) there is no evidence at this stage of fraud, collusion, or overreaching, or that the rights of absent Class Members were disregarded; and (c) Class Counsel has sufficient experience in similar litigation to propose the Agreement, which appears to provide substantial compensation to Class Members. This preliminary approval is subject to change pending the final settlement approval hearing ("Fairness Hearing") established below. Capitalized terms not defined in this Order have the meanings assigned to them in the Agreement.

2. The Court finds that the proposed mailed notice and long-form notice meet the requirements of Federal Rule of Civil Procedure 23, due process, and applicable law, in that they fairly and adequately describe the terms of the Agreement, including the attorney's fees and costs to be sought by Sirianni Youtz Spoonemore Hamburger PLLC ("Class Counsel") and the case contribution award to be sought for the Plaintiff; advise Class Members of the time and place of the Fairness Hearing; and describe how Class Members may file a claim, opt out, comment on, or object to the Agreement. The Court approves the form and method of notice.

3. The Court preliminarily finds that the distribution plan set forth in the Agreement is fair and reasonable. Under that plan, each Class Member who submits a valid claim is entitled to a minimum award of $15.00 *plus* three times the fees incurred on the release card(s) received by that Class Member, with inactivity fees calculated as if Defendants' February 3, 2026 reloading of fees had not occurred. Claims will be paid from the $4,200,000 Settlement Amount after deduction of the costs of notice and administration, Court-awarded attorney's fees and costs, any case contribution award, and taxes and related expenses. If the remaining funds are insufficient to pay all valid

ORDER: (1) PRELIMINARILY APPROVING SETTLEMENT
AGREEMENT, (2) APPROVING CLASS NOTICE, ETC. – 2
[No. 3:25-cv-05039-BHS]

claims in full, each claim shall be paid on a *pro rata* basis. Any funds remaining after payment of all claims shall be distributed in equal shares to the Court-approved *cy pres* recipients. No portion of the Settlement Amount shall revert to Defendants.

4.    The Court further finds that the Agreement includes prospective relief that supports preliminary approval. As part of the Settlement, Defendants have agreed that, going forward: (a) no inactivity fee will be charged until 365 days of inactivity have elapsed; (b) recurring maintenance fees will be eliminated and replaced with a single one-time issuance fee; and (c) Defendants will provide clear notice of alternative payment options in the cardholder agreement provided to cardholders at the time of card issuance, and will promptly revise their cardholder agreements, webpages, and other descriptions of terms and conditions to reflect these changes. The Court also notes that, although Defendants may recoup any funds remaining from their February 3, 2026 reloading of $2,138,557.48 in previously collected inactivity fees onto Class Members' release cards upon final approval, the Agreement requires that each Class Member's claim be calculated as if that reloading had not occurred, ensuring that the claims will total $15 plus three time the fees rather than just the reloaded fees.

5.    No later than ten (10) days after this Order, Defendants shall provide the notices and materials required under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715. Defendants shall submit a declaration confirming their compliance with CAFA. The Court shall not enter a final approval order until at least ninety (90) days after the CAFA notices are served.

6.    The Court APPOINTS Kroll Settlement Administration LLC as the Settlement Administrator. The Settlement Administrator shall mail the Court-approved notice to Class Members, and administer the claims, opt-out, and objection processes as provided in the Agreement. Within ten (10) days of this Order, Defendants shall provide the Settlement Administrator the information reasonably available to them to effectuate

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

notice, and the Settlement Administrator shall take reasonable steps to update addresses before mailing.

7. Within ten (10) days of this Order, Class Counsel and/or the Settlement Administrator shall establish a settlement website available to the public, containing the Settlement Agreement, the Class Notice, claim instructions, a description of the action, the class definitions, the schedule of deadlines, and the key pleadings and orders, to be updated as provided in the Agreement.

8. A Fairness Hearing to consider whether the Agreement is fair, reasonable, and adequate and should be finally approved is scheduled for **October 19, 2026, at 2 p.m.**, at the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington 98402 [no earlier than one hundred (100) days after the date of this Order].

9. Any Class Member who wishes to comment on or object to the Agreement must submit written comments and/or objections in the manner described in the Notice no later than October 2, 2026 [at least 14 days before the Fairness Hearing].

10. Any Class Member who wishes to opt out of the Agreement must do so no later than October 2, 2026 [at least 14 days before the Fairness Hearing]. If five percent (5%) or more of the Class Members opt out, Defendants may have the option to terminate the Agreement as provided in Section 11.5.

11. Any Class Member who wishes to appear at the Fairness Hearing, in person or through counsel, must file and serve written notice of intent to appear, describing the nature of the comment or objection, no later than October 2, 2026 [at least 14 days before the Fairness Hearing].

12. A motion for final approval of the Agreement, together with any supporting materials, must be filed no later than October 12, 2026 [at least 5 days before the Fairness Hearing]. Class Counsel shall mail or email the motion for final approval to any Class Member who objects or files a notice of intent to appear.

ORDER: (1) PRELIMINARILY APPROVING SETTLEMENT
AGREEMENT, (2) APPROVING CLASS NOTICE, ETC. – 4
[No. 3:25-cv-05039-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

13.    Claims from Class Members must be received no later than October 12, 2026 [5 days before the Fairness Hearing].

14.    Class Counsel shall file any motion for an award of attorney's fees and reimbursement of costs and for a case contribution award no later than September 8, 2026 [at least 40 days before the Fairness Hearing], and shall post the motion on the settlement website within three (3) days after filing.

15.    The Settlement Administrator shall establish a trust account into which Defendants shall pay the Settlement Amount as set forth in the Agreement. The trust account shall constitute a "qualified settlement fund" within the meaning of Treasury Regulation § 1.468B-1, *et seq.*, and shall remain subject to the jurisdiction of the Court until the Settlement Amount is distributed pursuant to the Agreement and further order(s) of the Court.

16.    Neither Defendants nor their counsel shall have any responsibility for the distribution of the qualified settlement fund or for any application for attorney's fees, costs, or a case contribution award, and such matters will be considered separately from the fairness, reasonableness, and adequacy of the Agreement.

17.    The Court reserves the right to adjourn the Fairness Hearing without further notice and retains jurisdiction over all matters arising out of or connected with the Agreement.

It is so ORDERED this 2nd day of July, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER: (1) PRELIMINARILY APPROVING SETTLEMENT
AGREEMENT, (2) APPROVING CLASS NOTICE, ETC. – 5
[No. 3:25-cv-05039-BHS]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 WESTERN AVENUE, SUITE 350
SEATTLE, WASHINGTON 98121
TEL. (206) 223-0303   FAX (206) 223-0246

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC

 */s/ Richard E. Spoonemore*
Richard E. Spoonemore, WSBA #21833
Eleanor Hamburger, WSBA #26478
3101 Western Avenue, Suite 350
Seattle, WA  98121
Telephone:  (206) 223-0303
rspoonemore@sylaw.com
ehamburger@sylaw.com

*Attorneys for Plaintiff and the Class*

ORDER: (1) PRELIMINARILY APPROVING SETTLEMENT
AGREEMENT, (2) APPROVING CLASS NOTICE, ETC. – 6
[No. 3:25-cv-05039-BHS]